# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LASHON OWENSBY, | : | Case No. 3:16-cv-282 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Pickaway Correctional Institution, | : | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ordered that Petitioner's Objections (ECF No. 6) to the Order Adopting Report and Recommendations (ECF No. 4), construed as a motion to amend the judgment, is DENIED.

September 27, 2016                    THOMAS M. ROSE

                                      Thomas M. Rose
                                      United States District Judge