# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LASHON OWENSBY, | : | Case No. 3:16-cv-282 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Pickaway Correctional Institution, | : | |
| Respondent. | : | |

___

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

___

The Court has reviewed the Report and Recommendations of United States Magistrate Judge

Michael R. Merz (ECF No. 22), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and

noting that no objections have been filed thereto and that the time for filing such objections under

Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ordered that Petitioner's Motion for Relief from Judgment filed December

15, 2016 (ECF No. 15) be DENIED. Petitioner is also DENIED a certificate of appealability and the

Court hereby certifies to the United States Court of Appeals that an appeal would be objectively

frivolous and therefore should not be permitted to proceed in forma pauperis.


June  25,  2018                                    */Thomas M. Rose
                                                   _____
                                                   Thomas M. Rose
                                                   United States District Judge